RECEIVED
BY MAIL
NOV 0 5 2007
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., </br></br>Plaintiffs/Judgment Creditors, </br></br>v. </br></br>F.G. LANCIA CUSTOM WOODWORKING, LLC, and FRANK LANCIA, an individual, </br></br>Defendants/Judgment Debtors. | Case No. 4:06-CV-1673 CAS </br></br>Return Date: October 31, 2007 |

## INTERROGATORIES DIRECTED TO GARNISHEE

TO:   Bank of America
      Serve: Agent Authorized to Accept Service
      800 N. Market Street
      St. Louis, MO 63101

Note: This garnishment is directed to any and all property belonging to and assets of Defendant and Judgment Debtor F.G. Lancia Custom Woodworking, LLC., and Frank Lancia, whose last known address is 813 North Skinker, St. Louis, Missouri 63130, including but not limited to any and all depository accounts held in the name of or for the benefit of Defendant and Judgment Debtor, any income or debts due to said Defendant and Judgment Debtor individually or jointly with any other person or entity, which is in your custody and control, and which is subject to garnishment.

INSTRUCTIONS:   You are to answer the interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the **ORIGINAL** TO:

**United States District Court
Attn: Clerk
111 South Tenth Street, Suite 3.300
St. Louis, Missouri 63102**

and a **COPY** to the attorney for the Judgment Creditor listed below:

Greg A. Campbell
HAMMOND, SHINNERS, TURCOTTE, LARREW & YOUNG, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105

Come now plaintiffs pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. State whether F.G. Lancia Custom Woodworking, LLC. or Frank Lancia has a savings account or a checking account with your banking institution and provide the account number and balance for the respective accounts.

ANSWER: Checking (440104609059)

2. At said time, were you, or have you since become, or are you now, in any way indebted to the Defendant and Judgment Debtor F.G. Lancia Custom Woodworking, LLC. or Frank Lancia?

ANSWER: NO

2

    A.    If your answer to Interrogatory No. 2 is in the affirmative, state in what amount and describe in detail any instrument or writing evidencing you are so indebted.

**ANSWER:** N/A

3.    At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendant and Judgment Debtor F.G. Lancia Custom Woodworking, LLC. or Frank Lancia money which is not yet due?

**ANSWER:** No

    A.    If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

**ANSWER:** N/A

3

4. At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to the defendant F.G. Lancia Custom Woodworking, LLC. or Frank Lancia?

**ANSWER:** No

A. If your answer to Interrogatory No. 4 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

**ANSWER:** N/A

HAMMOND, SHINNERS, TURCOTTE,
LARREW & YOUNG, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804

/s/ Greg A. Campbell
GREG A. CAMPBELL, #2774

Attorneys for Plaintiffs/Judgment Creditors

4

ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF ~~MISSOURI~~ Florida   )
                                 ) SS.
CITY OF Ft. Lauderdale           )

_____, being duly sworn on his/her oath, the undersigned certifies he/she answered the foregoing interrogatories to the best of his/her knowledge, information, and belief.

Ryan Salgado
Print Name

_____
Signature

OPS ker
Position

11/01/07
Date

Subscribed and sworn to before me this 1st day of NOV, 2007.

_____
NOTARY PUBLIC

My Commission Expires:

PAULA C. PATINO
Notary Public, State of Florida
Commission# DD423606
My comm. expires Apr. 27, 2009

### GARNISHEE'S CERTIFICATE OF SERVICE

A copy of the foregoing Answers of Garnishee to Interrogatories was served upon Greg A. Campbell, Attorney for Plaintiffs, Hammond, Shinners, Turcotte, Larrew & Young, P.C., 7730 Carondelet Ave., Suite 200, St. Louis, MO 63105, by mailing the same this _____ day of _____, 2007.

_____
Garnishee