RECEIVED
BY MAIL
JUL 1 4 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARPENTERS' DISTRICT COUNCIL OF )
ST. LOUIS AND VICINITY, et al.,        )
                                        )
    Plaintiffs/Judgment Creditors,   )  Case No. 4:06CV1673-CAS
                                        )
                                        )  Return Date: July 3, 2008
v.                                      )
                                        )
F.G. LANCIA CUSTOM WOODWORKING, LLC )
and FRANK LANCIA, an individual,        )
                                        )
    Defendants/Judgment Debtors.    )

## INTERROGATORIES DIRECTED TO GARNISHEE

TO:    Bank of America
        Serve: Agent Authorized to Accept Service
        100 North Broadway
        St. Louis, MO 63102

Note: This garnishment is directed to any and all property belonging to and assets of Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual, whose last known address is 813 N. Skinker, St. Louis, Missouri 63130, including but not limited to any and all depository accounts held in the name of or for the benefit of Defendants and Judgment Debtors, any income or debts due to said Defendants and Judgment Debtors, individually or jointly with any other person or entity, which is in your custody and control, and which is subject to garnishment.

    INSTRUCTIONS:    You are to answer the interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the **ORIGINAL** TO:

**United States District Court**
**Attn: Clerk**
**111 South Tenth Street, Suite 3.300**
**St. Louis, Missouri 63102**

4644-1407

and a <u>**COPY**</u> to the attorney for the Judgment Creditor listed below:

Michael A. Evans
HAMMOND, SHINNERS, TURCOTTE, LARREW & YOUNG, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105

Come now plaintiffs pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. State whether Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual, has a savings account or a checking account with your banking institution and provide the account number and balance for the respective accounts.

ANSWER:
FRANK LANCIA - XXXXXXXX0073 - $1129.20
FG LANCIA CUSTOM WOODWORKING, LLC - XXXXXXXX9059 - $0.00

2. At said time, were you, or have you since become, or are you now, in any way indebted to the Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual?

ANSWER: NO

2

A. If your answer to Interrogatory No. 2 is in the affirmative, state in what amount and describe in detail any instrument or writing evidencing you are so indebted.

ANSWER: N/A

3. At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual money which is not yet due?

ANSWER: NO

A. If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

ANSWER: N/A

4. At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to the Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual?

ANSWER:

Bank of America is sending
$ 1129.00

A. If your answer to Interrogatory No. 4 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

ANSWER:

Bank of America is sending
$ 1129.00

HAMMOND, SHINNERS, TURCOTTE,
LARREW & YOUNG, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax: (314) 727-6804

/s/ Greg A. Campbell
GREG A. CAMPBELL, #2774

Attorneys for Plaintiffs/Judgment Creditors

4

## ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF __FL__ )
CITY OF __BROWARD__ ) SS.
)

__JULITA TAN__, being duly sworn on his/her oath, the undersigned certifies he/she answered the foregoing interrogatories to the best of his/her knowledge, information, and belief.

**Julita Tan**

Print Name ~~FL6-001-02-11~~

Signature: _JCtan_

Position: __SR. OPERATIONS REP__

Date: __7-7-08__

Subscribed and sworn to before me this __7th__ day of __July__, 2008.

AMY MARIE SANTOYO
Notary Public, State of Florida
Commission# DD588127
My comm. expires Aug. 23, 2010

My Commission Expires _(notary signature)_ NOTARY PUBLIC

### Garnishee's Certificate of Service

The undersigned certifies that the original of the foregoing Answers to Interrogatories Directed to Garnishee were sent via first-class U.S. mail to the Clerk of the Court, U.S. District Court, 111 South Tenth Street, Suite 3.300, St. Louis, MO 63102, and a copy was also mailed to Michael A. Evans, Attorney for Judgment Creditors, 7730 Carondelet Avenue, Suite 200, St. Louis, MO 63105, this ___ day of _____, 2008.