STATE OF MISSOURI     )
                      )
                      )

```
              IN THE U.S. DISTRICT COURT
            EASTERN DISTRICT OF MISSOURI
                  EASTERN DIVISION
```

CARPENTERS' DISTRICT COUNCIL   )
OF GREATER ST. LOUIS           )
AND VICINITY, ET AL.,          )
                               )
    Plaintiff,                 )
                               )
vs.                            )   Case No: 4:06CV1673-CAS
                               )
F.G. LANCIA CUSTOM WOODWORKING )
LLC, AND FRANK LANCIA,         )
AN INDIVIDUAL                  )
                               )
    Defendants,                )
                               )
COMMERCE BANK, N.A.            )
                               )
    Garnishee.                 )

### ANSWERS TO INTERROGATORIES

Come now Garnishee, COMMERCE BANK, N.A., this 24 day of July, 2008, and for its Answers to Interrogatories propounded by Plaintiff, states as follows:

1. State whether defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual, has a savings account and/or a checking account with your banking institution and provide the account number and balance for the respective accounts.
**Answer:** No. On the date of service of the Summons To Garnishee, Defendants had no record of accounts with garnishee. **Garnishee is not holding any funds for this Garnishment.**

2. At said time, were you, or have you since become, or are you now, in any way indebted to the Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual?
**Answer:** No.

3. At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual money which is not yet due?
**Answer:** No.

4. At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to the Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual?
**Answer:** No.

STATE OF MISSOURI    )
                     )   SS
<u>CITY</u> OF ST. LOUIS    )

The undersigned, being duly sworn, on oath states that he has read the foregoing interrogatories and the Answers given are true to the best of affiant's knowledge and belief.

_____
Mike Sloan
Levies & Garnishments Manager
4019 Chouteau Ave.
Saint Louis, MO 63110-1787
(314) 746-7178

The foregoing Answers to Interrogatories were subscribed and sworn to me on this 24 day of July, 2008.

_____
Notary Public

DEBRA LEE
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires Oct. 11, 2010
Commission # 06427728

```
STATE OF MISSOURI    )
                     )
```

IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
CARPENTERS' DISTRICT COUNCIL  )
OF GREATER ST. LOUIS          )
AND VICINITY, ET AL.,         )
                              )
     Plaintiff,               )
                              )
vs.                           )   Case No: 4:06CV1673-CAS
                              )
F.G. LANCIA CUSTOM WOODWORKING)
LLC, AND FRANK LANCIA,        )
AN INDIVIDUAL                 )
                              )
     Defendants,              )
                              )
COMMERCE BANK, N.A.           )
                              )
     Garnishee.               )
```

CERTIFICATE OF SERVICE

The original of the completed interrogatories filed with the Court and a copy thereof mailed to Hammond, Shinners, Turcotte, Larrew & Young, P.C., 7730 Carondelet, Ste 200, St. Louis, MO 63105, Attorney for Plaintiff, via United States Mail, postage prepaid, this 24 day of July, 2008

_____
Mike Sloan
Levies & Garnishments Manager
4019 Chouteau Ave.
Saint Louis, MO 63110-1787
(314) 746-7178