RECEIVED BY MAIL
AUG 06 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) |
| Plaintiffs/Judgment Creditors, | ) ) ) |
| v. | ) ) ) |
| F.G. LANCIA CUSTOM WOODWORKING, LLC and FRANK LANCIA, an individual, | ) ) ) ) |
| Defendants/Judgment Debtors. | ) |

Case No. 4:06CV1673-CAS

Return Date: August 4, 2008
7

### INTERROGATORIES DIRECTED TO GARNISHEE

TO:   Color Art
      Serve: Agent Authorized to Accept Service
      1325 N. Warson Road
      St. Louis, MO 63132

Note: This garnishment is directed to any and all property belonging to and assets of Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual, whose last known address is 813 N. Skinker, St. Louis, Missouri 63130, including but not limited to any and all income or debts due to said Defendants and Judgment Debtors individually or jointly with any other person or entity, which is in your custody and control, and any and all depository accounts held in the name of or for the benefit of Defendants and Judgment Debtors, and which is subject to garnishment.

INSTRUCTIONS:   You are to answer the interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the **ORIGINAL** TO:

**Clerk, United States District Court
111 South Tenth Street, 3rd Floor
St. Louis, MO  63102**

and a **COPY** to the attorney for the Judgment Creditor listed below:

**Greg A. Campbell**
**HAMMOND, SHINNERS, TURCOTTE, LARREW & YOUNG, P.C.**
**7730 Carondelet, Suite 200**
**St. Louis, Missouri 63105**

Come now plaintiffs pursuant to Rule 69 of the Federal Rules of Civil Procedure and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to the Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual?

ANSWER: *No.*

A. If your answer to Interrogatory No. 1 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

ANSWER:

2

2. At said time, were you, or have you since become, or are you now, in any way indebted to the Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual?

ANSWER: *No - we have no outstanding invoices due to these entities.*

A. If your answer to Interrogatory No. 2 is in the affirmative, state in what amount and describe in detail any instrument or writing evidencing you are so indebted.

**ANSWER:**

3

3. At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual, money which is not yet due?

ANSWER: Yes

A. If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

ANSWER: Yes - we have one open purchase order balance totaling $11,812.50 for work not yet invoiced and/or completed

4

4. State whether defendant Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual has performed any work for you in the last six months, and, if so, state the date(s) when the work was performed, the amount(s) owed or paid to Defendants and Judgment Debtors F.G. Lancia Custom Woodworking, LLC and/or Frank Lancia, an individual, and the date(s) such amounts are to be or were paid.

ANSWER: *Yes*

- $770.00 – Invoiced by Lancia Woodworking 2/18/08 - paid by Color Art 3/4/08
- $11,812.50 – Work/invoice in process - Prepayment by Color Art 4/15/08
- $4,770.00 – Invoiced by Lancia Woodworking 4/28/08 - paid by Color Art 4/29/08
- $12,055.10 – No invoice by Lancia Woodworking - prepayment by Color Art 5/5/08
- $790.00 – Invoiced by Lancia Woodworking 5/29/08 paid by Color Art 6/4/08

HAMMOND, SHINNERS, TURCOTTE,
LARREW & YOUNG, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:  (314) 727-6804

/s/ Greg A. Campbell
GREG A. CAMPBELL, #2774

Attorneys for Plaintiffs/Judgment Creditors

5

## ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF MISSOURI    )
                     ) SS.
COUNTY OF St. Louis  )

_David L. Coleman_, being duly sworn on his/her oath, the undersigned certifies he/she answered the foregoing interrogatories to the best of his/her knowledge, information, and belief.

_David L. Coleman_
Print Name

_[signature]_
Signature

_Exec. V.P./CFO_
Position

_8/6/08_
Date

Subscribed and sworn to before me, a Notary Public, this _6_ day of _August_, 2008.

_[signature]_
NOTARY PUBLIC

My Commission Expires: _9-13-09_

CARI LEE MCLAIN
My Commission Expires
September 13, 2009
St. Charles County
Commission #05405799

### Garnishee's Certificate of Service

The undersigned certifies that the original of the foregoing Answers to Interrogatories Directed to Garnishee were sent via first-class U.S. mail to the Clerk of the Court, U.S. District Court, 111 South Tenth Street, Suite 3.300, St. Louis, MO 63102, and a copy was also mailed to Greg A. Campbell, Attorney for Judgment Creditors, 7730 Carondelet Avenue, Suite 200, St. Louis, MO 63105, this _6th_ day of _August_, 2008.

_[signature]_

6

**Color·Art Office Interiors, Inc.**
1325 N. Warson Road
St. Louis, MO 63132

RECEIVED
AUG - 6 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clerk, United States District Court
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102