UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>F.G. LANCIA CUSTOM WOODWORKING, LLC and FRANK LANCIA, an individual,<br><br>Defendants. | ) | Case No. 4:06CV1673-CAS |

**AFFIDAVIT OF MICHAEL A. EVANS**

Comes now Michael A. Evans and states under oath:

1. I am co-counsel to plaintiffs in the above matter.

2. Defendant Frank Lancia was the sole owner and officer of defendant F.G. Lancia Custom Woodworking, LLC. Attached and incorporated as Exhibit 1 is a true and accurate copy of the January 18, 2008 deposition of Frank Lancia, at page 17.

3. Defendant F.G. Lancia Custom Woodworking, LLC stopped doing business in May 2008. Attached and incorporated as Exhibit 2 is a true and accurate copy of the January 8, 2009 deposition of Frank Lancia, at page 17.

4. Collection against defendant Frank Lancia's bank account and home is impossible because they are jointly held with his wife. See Ex. 1 at p. 7-10.

5. Plaintiffs have attempted to garnish several of defendant F.G. Lancia Custom Woodworking, LLC's debtors. Most recently, plaintiffs have garnished McCarthy Building Companies, Inc. Attached and incorporated as Exhibit 3 is a true and accurate copy of McCarthy Building Companies, Inc.'s August 27, 2009 Answer to Garnishment

Interrogatories. Plaintiffs have no further leads for collection against defendants Frank Lancia or F.G. Lancia Custom Woodworking, LLC.

6. On March 27, 2008, defendant Frank Lancia incorporated F.G.L. Woodworking and Audio-Video, Inc. Attached and incorporated as Exhibit 4 is the F.G.L. Woodworking and Audio-Video, Inc. articles of incorporation.

7. Defendant Frank Lancia owns 75% of F.G.L. Woodworking and Audio-Video, Inc., serves as the corporation's president, and performs all the hiring and firing of employees. The other owners are Cherly Lancia, Frank Lancia's wife, and Chris and Lisa Hetley. See Ex. 2 at pp. 8-9, 16.

8. Defendant Frank Lancia provided 80% of the capital to form F.G.L. Woodworking and Audio-Video, Inc. See Ex. 2 at p. 9.

9. Both defendant F.G. Lancia Custom Woodworking, LLC and F.G.L. Woodworking and Audio-Video, Inc. engage in the business of making custom furniture. See Ex. 2 at pp. 9-10.

10. Both defendant F.G. Lancia Custom Woodworking, LLC and F.G.L. Woodworking and Audio-Video, Inc. share the same address. See Ex. 2 at pp. 11-12.

11. Out of the six current employees of F.G.L. Woodworking and Audio-Video, Inc., three have worked for defendant F.G. Lancia Custom Woodworking, LLC in the past: Glen Schaffer, Melinda Bushard, and Chris Hetley. See Ex. 2 at pp. 13-16.

12. Like defendant F.G. Lancia Custom Woodworking, LLC, F.G.L. Woodworking and Audio-Video, Inc. banks at Eagle Bank and has the same accountant. Moreover, F.G.L. Woodworking and Audio-Video, Inc.'s insurance agent was formerly the

insurance agent of defendant F.G. Lancia Custom Woodworking, LLC. See Ex. 2 at pp. 18-21.

13. F.G.L. Woodworking and Audio-Video, Inc. uses the tools owned by defendant F.G. Lancia Custom Woodworking, LLC. See Ex. 2 at pp. 23-24.

Further affiant sayeth not.

MICHAEL A. EVANS

Subscribed and sworn to before me this 27th day of August, 2009.

NOTARY PUBLIC

My Commission Expires:

NOTARY PUBLIC STATE OF MISSOURI NOTARY SEAL

MELANIE E. WILHELM
My Commission Expires
February 28, 2011
St. Louis County
Commission #07017667

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax: (314) 727-6804

/s/ Michael A. Evans
GREG A. CAMPBELL, #2774
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2009 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Greg O'Shea
779 Lemay Ferry Road
St. Louis, MO 63125

Additionally, I hereby certify that on August 28, 2009 the foregoing was mailed to the following non-participant in electronic filing:

Frank Lancia
303 High Meadows
Ballwin, MO 63011

F.G. Lancia Custom Woodworking, LLC
813 N Skinker Blvd
Saint Louis, MO 63130

F.G.L. Woodworking and Audio-Video, Inc.
813 N Skinker Blvd
Saint Louis, MO 63130

F.G.L. Woodworking and Audio-Video, Inc.
106 Clear Meadows Drive
Ballwin MO 63011

/s/ Michael A. Evans