UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:06CV1673-CAS |
| F.G. LANCIA CUSTOM WOODWORKING, LLC and FRANK LANCIA, an individual, | ) | |
| Defendants. | ) | |

**VERIFICATION OF SIGNED ORIGINAL DOCUMENT**

Pursuant to Local Rule 11-2.11, Michael A. Evans hereby attests to the existence of a paper copy of the Affidavit of Michael A. Evans bearing his original signature. The document was filed electronically on August 28, 2009. Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax: (314) 727-6804

/s/ Michael A. Evans
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs