UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., Plaintiffs,

v.

F.G. LANCIA CUSTOM WOODWORKING LLC and FRANK LANCIA, an individual, Defendants.

Case No. 4:06CV1673CAS

DEPOSITION OF FRANK LANCIA, produced, sworn and examined on the 18th day of January, 2008, between the hours of six o'clock in the forenoon and six o'clock in the afternoon of that day, at Hammond, Shinners, Turcotte, Larrew & Young, County of St. Louis, Missouri, before Rhonda W. Venezia, a Certified Court Reporter for the State of Missouri, in a certain cause now pending before the United States District Court, Eastern District of Missouri, Eastern Division, taken on behalf of the Plaintiffs.

APPEARANCES

The Plaintiffs were represented by Mr. Michael Evans, Hammond, Shinners, Turcotte, Larrew & Young, 7730 Carondelet, Suite 200, Clayton, Missouri 63105.



FRANK LANCIA
of lawful age, being first duly sworn upon his oath to tell the truth, the whole truth, and nothing but the truth, testified in answer to oral interrogatories as follows:
DIRECT EXAMINATION
QUESTIONS BY MR. EVANS:
(Plaintiff's Exhibits 1 through 11 were marked.)
MR. EVANS: We're here for Carpenters' District Council of Greater St. Louis, et al., versus F.G. Lancia Custom Woodworking LLC, and Frank Lancia, case number 4:06CV1673CAS. The attorney of record is Greg Campbell. On June 5, 2007, we have a judgement for $134,998.86.
Q Can you please state your address for the record, your personal address?
A Personal? 303 High Meadows, Ballwin, Missouri 63011.
Q Okay. And can you also state the company address?
A 813 North Skinker. That's St. Louis, Missouri.
Q Okay. And have you ever given a deposition before?
A No.
Q Okay. Let me go over the rules very briefly. It's important that the court reporter gets down what we say, so only one of us can talk at a time. And it's



important to answer verbally instead of, you know, nodding your head or shaking your head or uh-huhs or huh-uhs and stuff like that. And let me know if you don't understand a question, and I can rephrase it.
So let me first show you what's been marked as Plaintiff's Exhibit 1. If you could tell me what this is?
A That's an aging receivable report, a summary.
Q Okay. And then at the top there's three columns here. One says 1 to 30. Another says 31 to 60. Another one says 61 to 90. What do those refer to?
A That's days late is what that is.
Q Oh, okay. And so as far as money being owed here, there's a 2993 Rafferty RES, and there's a negative 5000. What does that mean?
A That I'm not sure, unless that means it's a deposit for a job. I'm not sure on that. It could be a deposit on a job is what it is.
Q All right. And there's the next entry that has -- oh, here's some more. 2989 -- is that Hudson Jewelers?
A Yes.
Q Okay. And is that amount disputed?
A They owe five -- no.
Q Okay.
A No. We just got some glass we're waiting to replace, and that's the balance that they owe on the



contract.
Q Okay. And then 2991 Imbs, I-m-b-s, and that's 8820.23?
A Correct.
Q Is that disputed?
A No.
Q Okay.
A That's waiting on materials from Russia.
Q Okay. And then we're here at Fortune Bank in Arnold. It's around $4700. And is that disputed?
A No.
Q Okay.
A Now, "disputed" you mean by --
Q Yeah, they said they're not going to pay you or --
A Oh, yeah.
Q Okay. Or do you have any reason to believe any of these people aren't going to pay you?
A No, I don't have any reason.
Q Okay. And then the same goes with Phoenix Offices. It's around $1600. Is that disputed?
A No.
Q Okay. And then at the end here, it reflects that $13,820 -- well, strike that. That's no big deal. Okay. Do you have any anticipated accounts coming in?

A What do you mean?
Q Any other jobs, bids you've made, or any other anticipated work?
A Yeah. We're always bidding work, yeah.
Q Okay.
A And I've got bids out there right now.
Q Okay. Do you have anything when you're going to -- any new jobs you're going to start in the near future?
A Only if they accept proposals.
Q Okay. So nothing in concrete right now?
A Nothing's concrete yet.
Q Okay.
A That changes daily.
Q Yeah. All right. Do any entities or individuals owe money to F.G. Lancia?
A Just what the customers are.
Q Okay. So no one else?
A No.
Q It hasn't given any loans?
A (head shake)
Q Okay. Do any companies or any individuals owe you money personally?
A No.
Q Okay.
A Now, you mean loans to the company?



Q Yeah. Anyone -- well, actually companies that loaned -- or loans the company would have made to --
A To anybody else?
Q Yeah, others.
A Okay. No, no.
Q Okay. Does F.G. Lancia own any corporate stock or bonds?
A No.
Q Okay. I'm going to show you Exhibit 3. And if you can tell me what this is?
A That's my Bank of America company checking account.
Q So that's F.G. Lancia's?
A Yes.
Q Okay. Does the company own any other bank accounts?
A I have a little one at Southwest Bank.
Q Okay. And just the Southwest Bank and Bank of America?
A That's it.
Q Okay. All right. Do you personally own any bank accounts?
A I have a checking account.
Q A checking account?
A That's all I have.



Q What bank is that?
A That's Commerce.
Q Okay. Is your wife's name on that as well?
A Yes.
Q Okay. All right. Does the company own any CDs?
A No.
Q Do you personally?
A No.
Q All right. Does the company own any real estate?
A No.
Q Do you personally own any real estate?
A I have -- I'm a co-owner of a rental property, rental house.
Q Okay.
A Four of us are part owners.
Q All right. Let's talk about personal property. I'm going to show you what's been marked as Exhibit 4. If you can tell me what that is?
A Personal property. I have a '98 Sea-Doo.
Q Okay. So this is for you individually?
A Yes. That's what you want, right?
Q Yeah.
A Okay. I have a 2000 Chaparral boat.
Q Let's -- about the Sea-Doo, the '98: Do you owe any money on that --



A No.
Q -- or is that owned free and clear?
A It's free and clear.
Q What's the approximate value of that Sea-Doo?
A Oh, probably about 1500.
Q Okay. All right. We can go to the next one.
A 2000 Chaparral. That's bank owned.
Q Okay. What is that?
A We've got a loan on it, the 2000 Chaparral boat.
Q Okay. And then there's a lien on that?
A Yes.
Q Okay. How much is the lien for?
A 27,000.
Q Okay. How much is -- what would you say the value of the boat is?
A I'd say maybe 30, 35, something like that.
Q Okay.
A You know how they depreciate so bad.
Q All right. The next one?
A Jeep Wrangler.
Q Okay. And what year is that?
A 2002.
Q And do you owe any money on that?
A That's bank owned.
Q Okay. How much is the lien?

Page 10

A I owe 12,000 on that. It's worth maybe 14.
Q Okay. And anything else?
A Expedition.
Q All right.
A That's free and clear.
Q And what year?
A Ninety-nine.
Q Okay. And approximately do you have any idea what the value of that is?
A Not really, no.
Q Okay. Anything else?
A No. Then it's got my residence at home.
Q Okay.
A That's 303 High Meadows. And then the rental house: 642 Reese Road.
Q And that High Meadows, is that owned jointly with your wife?
A Yes.
Q Okay. All right. Let's talk about the company then. What vehicles does the company own?
A A '92 Ford van.
Q Okay.
A A '98 Ford van. Those two are free and clear.
Q Any guesstimation on what those would be worth?
A No.

Page 11

Q Okay. High mileage on them?
A Yes.
Q Okay.
A A '97 Topkick GMC truck. That's bank owned. I owe 14 on that.
Q Okay. Anything else?
A No. That's it.
Q Okay. Does the company own any tools or equipment?
A Yes.
Q Okay.
A In terms of manufacturing equipment?
Q Uh-huh. Anything individually over $1000, worth over $1000?
A Oh, yeah.
Q Okay. Can you, you know, run through that, like some of the -- anything over $1000 that you own individually?
A In the company, would be like CNC.
Q What's CNC?
A You're talking equipment?
Q Yeah, equipment.
A Okay. CNC router.
Q What exactly is that?
A That's a machining center.

Page 12

Q Okay. How much is that worth?
A Oh, I don't know. I mean 20, 30 thousand.
Q Okay. Do you own that free and clear?
A No. Bank of America has a UCC filing on everything.
Q Oh, on all the equipment?
A Yes.
Q Okay. How much money do you owe Bank of America?
A 150.
Q 150?
A 150 or 155, something like that.
Q And is that the amount that's currently owed, or is that the original?
A That's what's current.
Q Okay. And then other than the CNC router, any other equipment?
A Well, there's a panel saw.
Q Okay. And how much is that worth?
A Oh, I don't know. Ten, twelve.
Q Okay.
A Edge bander.
Q Edge bander?
A Uh-huh.
Q Okay. And how much is that worth?
A That's probably about 12, 13.

Page 13

Q Anything else?
A I mean those are all the big-ticket items.
Q Okay. All right. Next we're going to talk about liabilities. I'm going to show you what's been marked as Plaintiff's Exhibit 2. If you could tell me what this is?
A That's the balance sheet.
Q Okay. And then does it show on here somewhere the amount of money that the company owes to other entities and individuals?
A Oh -- I don't know how to read these though.
Q If you want to take a look at this --
A That's a new system, so I don't know how.
Q Okay. So we've got here liabilities, accounts payable. That's -- and the total number there is $170,509. And then it's got a bunch of -- I assume these credit cards --
A These are credit cards, yeah.
Q Oh, okay.
A And it totals up 29.
Q And then that's just supplies that you've purchased?
A Correct.
Q Like Shell and Home Depot and things like that?
A Correct.
Q Okay. There's due to Gabriele Lancia $76,000.

What's that for?
A Correct. That's loans that he's put into the company.
Q Okay. And customer deposits, we have $381,000. What's that?
A That's over the year. I guess over the term, the year.
Q Okay. And is that liabilities, or is that --
A Them are jobs. Customer deposits. Those are deposits that we've had over the years of the jobs. Or the year.
Q That's money you've received, then, as opposed to --
A Yes.
Q Okay. And then this 144,000 amount here, is it line of credit? Is it B of A? Is that Bank of America?
A Yes.
Q So that's a lien that Bank of America has on your equipment?
A Yes. They got a UCC filing is what they call that.
Q Okay. All right. And so then current liabilities is that $171,237 amount?
A Correct.
Q Okay.



A If that's what it states.
Q Yeah. See, we've got that amount right there. Current liabilities. And then we have total current other liabilities -- total other current liabilities, rather. And we have 966,000. There's --
A That doesn't -- see, I don't understand that.
Q Okay.
A Again, we're switching to a new program, so, I mean --
Q In your estimation, is this $966,000 amount, is that about what you think you owe people, or --
A No.
Q -- do you have any idea?
A No, it's not that. It's way lower than that.
Q It's much lower than that?
A Oh, yeah. I'd be in trouble if this -- wow.
Q All right. Do you personally have any outstanding liabilities?
A Personally?
Q Yeah.
A Just, you know, loans for like boat, personal-wise, like, you know.
Q The vehicles, things like that?
A Yeah.
Q Okay. All right. Let's talk about F.G. Lancia



as the company. How many employees do you currently have?
A We have a total of -- we're ten.
Q Okay. How many of those are carpenters?
A Cabinetmakers would be one, two, three -- six.
Q Okay. How many office employees?
A There's three of us. Including Gabe, four.
Q Okay. So then that makes ten, all the employees?
A Yes.
Q On average, how many hours do you work a week?
A Me?
Q The company.
A I'm trying to do 40 hours a week.
Q Okay. Is that typically 40, where the company works 40 hours a week?
A Now it is, yeah. Forty a week.
Q You try not to rack up the overtime?
A That's it.
Q Okay. Do you have any repeat major clients?
A Usually -- really, everybody's a repeat. I mean --
Q Okay.
A I mean they're all little things. I mean fixing a chair or back to a big project. You know, we do have a lot of them that come back.
Q Okay.



A From time to time.
Q Any major clients you've used several times throughout the years?
A ColorArt. ColorArt is a big client.
Q ColorArt? Where are they located at?
A They're at Warson.
Q Okay. Out in Olivette?
A Yes.
Q Okay. Any other major repeat clients?
A No. Most of them are just residential, you know.
Q Okay. Can you state the corporate principals for F.G. Lancia?
A That own it?
Q Yeah.
A Just myself.
Q Okay. Your wife doesn't have any interest in that?
A No.
Q Okay. And then who are the officers and directors of F.G. Lancia?
A Just me.
Q Okay. Are you involved or affiliated with any other businesses?
A No.
Q Okay. All right. I'm going to have you go

Page 18

through and mark the tax returns here, or identify, rather. Okay. This is Plaintiff's Exhibit 5. If you could tell me what this is?

A This is '04 F.G. Lancia tax return.

Q Okay. And then if you can take a look at Exhibit 6?

A F.G. Lancia '05 tax return.

Q And number 7?

A F.G. Lancia '06 tax return.

Q Okay. And then number 8?

A Personal financial statement for Frank Lancia.

Q Okay. And is this something you had given to your accountant, or what exactly is this?

A I just -- if you needed that, I just supplied it.

Q Oh, okay. So this just shows the total net worth and et cetera?

A Correct.

Q Okay. All right. And then what is Plaintiff's Exhibit Number 9?

A It's personal income tax statement for '05.

Q Okay. And number 10?

A Personal income tax statement for '04.

Q And finally, number 11?

A Personal income tax for '06.

Q Okay.

Page 19

MR. EVANS: And that's all the questions I have for you. Right now you've got the option to go ahead and review what the court reporter has taken down and making sure she's got everything right. Or you can do what we call waiving signature and just trust that she's got it, and we can go home.

THE WITNESS: She looks trustworthy.

MR. EVANS: All right. So you'll waive?

THE WITNESS: Yeah.

(signature waived)

Page 20

CERTIFICATE

I, RHONDA W. VENEZIA, a Certified Court Reporter, license number 583, for the State of Missouri, authorized to administer oaths and to certify to depositions, do hereby certify that, pursuant to Notice, in a matter before the Circuit Court of the County of St. Louis, to be used in the trial of said cause, I was attended at Hammond, Shinners, 7730 Carondelet, Suite 200, County of St. Louis, Missouri, by the aforesaid attorneys; on the 18th day of January, 2008.

The said witness, being of sound mind and being by me first carefully examined and duly cautioned and sworn to testify the truth, the whole truth, and nothing but the truth in the case aforesaid, thereupon testified as is shown in the foregoing transcript, said testimony being by me reported by voice-written notes, and caused to be transcribed into typewriting, and that the foregoing pages correctly set forth the testimony of the aforementioned witness, together with the questions propounded by counsel and remarks and objections of counsel thereto, and is in all respects a full, true, correct and complete transcript of the questions propounded to and the answers given by said witness.

I further certify that I am not of counsel or attorney for either of the parties to said suit, not related nor otherwise interested in any of the parties or their attorneys.

____________________________ ____________

Rhonda W. Venezia, Missouri CCR No. 583 Date

**A**

**about** 8:16,24 9:5 10:19 12:25 13:3 15:11,25
**accept** 6:9
**account** 7:12,23,24
**accountant** 18:13
**accounts** 5:25 7:16,22 13:13
**actually** 7:1
**address** 3:13,14,18
**administer** 20:4
**affiliated** 17:22
**aforementioned** 20:18
**aforesaid** 20:9,14
**afternoon** 2:14
**Again** 15:8
**age** 3:2
**aging** 4:7
**ahead** 19:2
**al** 1:5 2:5 3:9
**always** 6:4
**America** 7:11,19 12:4,8 14:16,18
**amount** 4:21 12:12 13:8 14:15,23 15:2,10
**Another** 4:9,9
**answer** 3:4 4:1
**answers** 20:22
**anticipated** 5:25 6:3
**anybody** 7:3
**Anyone** 7:1
**anything** 6:7 10:2,11 11:6,13,17 13:1
**APPEARANCES** 2:22
**approximate** 9:4
**approximately** 10:8
**Arnold** 5:10
**around** 5:10,21
**ASSOCIATES** 1:22
**assume** 13:15
**attended** 20:7
**attorney** 3:11 20:25
**attorneys** 20:9,27
**authorized** 20:3
**average** 16:9

**B**

**B** 14:16
**back** 16:23,24
**bad** 9:18
**balance** 4:25 13:6
**Ballwin** 3:15
**bander** 12:21,22
**bank** 5:9 7:11,15,17,18 7:18,21 8:1 9:7,24 11:4 12:4,8 14:16,18
**before** 2:16,19 3:21 20:5
**behalf** 1:13 2:21
**being** 3:2 4:12 20:11,11 20:15
**believe** 5:17
**between** 2:13
**bidding** 6:4
**bids** 6:2,6
**big** 5:24 16:23 17:4
**big-ticket** 13:2
**boat** 8:23 9:9,15 15:21
**bonds** 7:7
**Box** 1:23
**briefly** 3:23
**bunch** 13:15
**businesses** 17:23

**C**

**Cabinetmakers** 16:4
**call** 14:20 19:5
**Campbell** 3:11
**cards** 13:15,17
**carefully** 20:12
**Carondelet** 2:25 20:8
**carpenters** 1:4 2:4 3:8 16:3
**case** 1:5 2:5 3:10 20:14
**cause** 2:19 20:7
**caused** 20:16
**cautioned** 20:12
**CCR** 1:16 20:29
**CDs** 8:5
**center** 11:25
**certain** 2:19
**CERTIFICATE** 20:1
**Certified** 2:18 20:2
**certify** 20:4,5,24
**cetera** 18:16
**chair** 16:23
**changes** 6:13
**Chaparral** 8:23 9:7,9
**checking** 7:11,23,24
**Circuit** 20:6
**Clayton** 2:25
**clear** 9:2,3 10:5,23 12:3
**client** 17:4
**clients** 16:18 17:2,9
**CNC** 11:19,20,23 12:15
**ColorArt** 17:4,4,5
**columns** 4:8
**come** 16:24
**coming** 5:25
**Commerce** 8:2
**companies** 6:21 7:1
**company** 3:17 6:25 7:2 7:11,15 8:5,9 10:19 10:20 11:8,19 13:8 14:3 16:1,11,13
**complete** 20:21
**concrete** 6:10,11
**contract** 5:1
**corporate** 7:6 17:11
**correct** 5:4 13:22,24 14:2,24 18:17 20:21
**correctly** 20:18
**council** 1:4 2:4 3:9
**counsel** 20:19,20,24
**County** 2:16 20:6,8
**court** 1:1,22 2:1,18,20 3:24 19:3 20:2,6
**co-owner** 8:12
**credit** 13:15,17 14:16
**current** 12:14 14:22 15:3,3,4
**currently** 12:12 16:1
**custom** 1:8 2:8 3:10
**customer** 14:4,9
**customers** 6:16

**D**

**daily** 6:13
**Date** 20:29
**day** 2:13,15 20:9
**days** 4:11
**deal** 5:24
**Defendants** 1:10 2:10
**deposit** 4:16,17
**deposition** 1:12 2:12 3:20
**depositions** 20:4
**deposits** 14:4,9,10
**Depot** 13:23
**depreciate** 9:18
**DIRECT** 3:5
**directors** 17:20
**disputed** 4:21 5:5,10,13 5:21
**district** 1:1,1,4 2:1,1,4 2:19,20 3:8
**division** 1:2 2:2,20
**down** 3:24 19:3
**due** 13:25
**duly** 3:2 20:12

**E**

**eastern** 1:1,2 2:1,2,20 2:20
**Edge** 12:21,22
**either** 20:25
**employees** 16:1,5,7
**end** 5:23
**entities** 6:14 13:8
**entry** 4:18
**equipment** 11:9,12,21 11:22 12:6,16 14:19
**estate** 8:9,11
**estimation** 15:10
**et** 1:5 2:5 3:9 18:16
**evans** 2:24 3:6,8 19:1,8
**ever** 3:20
**everybody's** 16:19
**everything** 12:5 19:4
**exactly** 11:24 18:13
**EXAMINATION** 3:5
**examined** 2:13 20:12
**Exhibit** 4:6 7:9 8:17 13:5 18:2,5,19
**Exhibits** 3:7
**Expedition** 10:3

**F**

**far** 4:12
**filing** 12:4 14:20
**finally** 18:23
**financial** 18:11
**first** 3:2 4:5 20:12
**five** 4:22
**fixing** 16:22
**follows** 3:4
**Ford** 10:21,23
**foregoing** 20:15,17
**forenoon** 2:14
**forth** 20:18
**Fortune** 5:9
**Forty** 16:15
**four** 8:15 16:6
**frank** 1:9,12 2:9,12 3:1 3:10 18:11
**free** 9:2,3 10:5,23 12:3
**from** 5:8 17:1
**full** 20:21
**further** 20:24
**future** 6:8
**F.G** 1:8 2:8 3:9 6:15 7:6 7:13 15:25 17:12,20 18:4,7,9

**G**

**Gabe** 16:6
**Gabriele** 13:25
**gets** 3:24
**given** 3:20 6:19 18:12 20:22
**glass** 4:24
**GMC** 11:4
**go** 3:23 9:6 17:25 19:2 19:6
**goes** 5:20
**going** 5:14,18 6:7,8 7:9 8:17 13:3,4 17:25
**greater** 1:5 2:5 3:9
**Greg** 3:11
**guess** 14:6
**guesstimation** 10:24

**H**

**Hammond** 2:15,24 20:7
**head** 4:2,2 6:20
**High** 3:15 10:14,16 11:1
**home** 10:12 13:23 19:6
**hours** 2:13 16:9,12,14
**house** 8:13 10:15
**Hudson** 4:19
**huh-uhs** 4:2

**I**

**idea** 10:8 15:13
**identify** 18:1
**Imbs** 5:2
**important** 3:24 4:1
**Including** 16:6
**income** 18:20,22,24
**individual** 1:9 2:9
**individually** 8:20 11:13 11:18
**individuals** 6:14,21 13:9
**instead** 4:1
**interest** 17:16
**interested** 20:26
**interrogatories** 3:4
**involved** 17:22
**items** 13:2
**I-m-b-s** 5:2

**J**

**January** 1:14 2:13 20:10
**Jeep** 9:20
**Jewelers** 4:19
**job** 4:16,17
**jobs** 6:2,8 14:9,10
**jointly** 10:16
**judgement** 3:12
**June** 3:12
**just** 4:24 6:16 7:18 13:20 15:21 17:10,15 17:21 18:14,14,15 19:5

**K**

**know** 4:1,3 9:18 11:16 12:2,19 13:10,12 15:21,22 16:23 17:10

**L**

**lancia** 1:8,9,12 2:8,9,12 3:1,9,10 6:15 7:6 13:25 15:25 17:12,20 18:4,7,9,11
**Lancia's** 7:13

Larrew 2:15,24
late 4:11
lawful 3:2
let 3:23 4:3,5
Let's 8:16,24 10:19 15:25
liabilities 13:4,13 14:8 14:23 15:3,4,4,18
license 20:3
lien 9:10,12,25 14:18
like 4:3 9:16 11:16,19 12:11 13:23,23 15:21 15:22,23
line 14:16
little 7:17 16:22
LLC 1:9 2:9 3:10
loan 9:9
loaned 7:2
loans 6:19,25 7:2 14:2 15:21
located 17:5
look 13:11 18:5
looks 19:7
lot 16:24
louis 1:5,24 2:5,16 3:9 3:19 20:6,8
lower 15:14,15

**M**

machining 11:25
made 6:2 7:2
major 16:18 17:2,9
makes 16:7
making 19:3
manufacturing 11:12
many 16:1,3,5,9
mark 18:1
marked 3:7 4:5 8:17 13:4
materials 5:8
matter 20:5
maybe 9:16 10:1
Meadows 3:15 10:14 10:16
mean 4:14 5:13 6:1,25 12:2 13:2 15:9 16:19 16:22,22
means 4:15
Michael 2:23
mileage 11:1
mind 20:11
missouri 1:1,24 2:1,16 2:18,20,25 3:15,19 20:3,9,29
money 4:12 6:15,22 8:25 9:23 12:8 13:8 14:12
more 4:19
Most 17:10
much 9:12,14,25 12:1,8 12:18,24 15:15
myself 17:15

**N**

name 8:3
near 6:8
needed 18:14
negative 4:13
net 18:15
new 6:8 13:12 15:8
next 4:18 9:6,19 13:3
Ninety-nine 10:7
nodding 4:1
North 3:19
notes 20:16
nothing 3:3 6:10 20:13
Nothing's 6:11
Notice 20:5
number 3:10 13:14 18:8,10,19,21,23 20:3

**O**

oath 3:2
oaths 20:4
objections 20:20
office 16:5
officers 17:19
Offices 5:21
oh 4:12,19 5:16 9:5 11:15 12:2,6,19 13:10 13:18 15:16 18:15
okay 3:17,20,23 4:8,12 4:21,23 5:2,7,9,12,17 5:20,23,24 6:5,7,10 6:12,17,21,24 7:5,6,9 7:15,18,21 8:3,5,14 8:20,23 9:6,8,10,12 9:14,17,21,25 10:2,8 10:11,13,19,22 11:1,3 11:6,8,11,16,23 12:1 12:3,8,15,18,20,24 13:3,7,13,18,25 14:4 14:8,15,22,25 15:7,25 16:3,5,7,13,18,21,25 17:7,9,11,16,19,22,25 18:2,5,10,12,15,18,21 18:25
Olivette 17:7
one 3:25 4:9,10 6:17 7:17 9:6,19 16:4
only 3:25 6:9
opposed 14:12
option 19:2
oral 3:4
original 12:13
other 6:2,2 7:15 12:15 12:16 13:8 15:3,4 17:9,23
others 7:4
otherwise 20:26
out 6:6 17:7
outstanding 15:18
over 3:23 11:13,14,17 14:6,6,10
overtime 16:16
owe 4:22,25 6:15,21 8:24 9:23 10:1 11:5 12:8 15:11
owed 4:12 12:12
owes 13:8
own 7:6,15,21 8:5,9,11 10:20 11:8,17 12:3 17:13
owned 9:2,7,24 10:16 11:4
owners 8:15
o'clock 2:14,14

**P**

pages 20:17
panel 12:17
part 8:15
parties 20:25,26
pay 5:14,18
payable 13:14
pending 2:19
people 5:18 15:11
personal 3:14,15 8:16 8:19 15:21 18:11,20 18:22,24
personally 6:22 7:21 8:7,11 15:17,19
Phoenix 5:20
Plaintiffs 1:6,13 2:6,21 2:23
Plaintiff's 3:7 4:6 13:5 18:2,18
please 3:13
principals 17:11
probably 9:5 12:25
produced 2:12
program 15:8
project 16:23
property 8:12,16,19
proposals 6:9
propounded 20:19,22
purchased 13:21
pursuant 20:5
put 14:2
P.O 1:23

**Q**

question 4:4
questions 3:6 19:1 20:19,22

**R**

rack 16:16
Rafferty 4:13
rather 15:4 18:1
read 13:10
real 8:9,11
really 10:10 16:19
reason 5:17,19
receivable 4:7
received 14:12
record 3:11,13
Reese 10:15
refer 4:10
reflects 5:23
related 20:26
remarks 20:20
rental 8:12,13 10:14
repeat 16:18,19 17:9
rephrase 4:4
replace 4:25
report 4:7
reported 1:16 20:16
reporter 2:18 3:24 19:3 20:2
REPORTING 1:22
represented 2:23
RES 4:13
residence 10:12
residential 17:10
respects 20:21
return 18:4,7,9
returns 18:1
review 19:3
rhonda 1:16 2:16 20:2 20:29
right 4:18 6:6,10,14 7:21 8:5,9,16,21 9:6 9:19 10:4,19 13:3 14:22 15:2,17,25 17:25 18:18 19:2,4,8
Road 10:15
router 11:23 12:15
rules 3:23
run 11:16
Russia 5:8

**S**

same 5:20
saw 12:17
says 4:9,9,10
Sea-Doo 8:19,24 9:4
see 15:2,6
set 20:18
several 17:2
shake 6:20
shaking 4:2
sheet 13:6
Shell 13:23
Shinners 2:15,24 20:8
show 4:5 7:9 8:17 13:4 13:7
shown 20:15
shows 18:15
signature 19:5,10
six 2:14,14 16:4
Skinker 3:19
some 4:19,24 11:17
something 9:16 12:11 18:12
somewhere 13:7
sound 20:11
Southwest 7:17,18
st 1:5,24 2:5,16 3:9,19 20:6,8
start 6:8
state 2:18 3:13,17 17:11 20:3
statement 18:11,20,22
states 1:1 2:1,19 15:1
stock 7:6
strike 5:24
stuff 4:3
suit 20:25
Suite 2:25 20:8
summary 4:7
supplied 18:14
supplies 13:20
sure 4:15,16 19:4
switching 15:8
sworn 2:12 3:2 20:12
system 13:12

**T**

take 13:11 18:5
taken 1:13 2:20 19:3
talk 3:25 8:16 10:19 13:3 15:25
talking 11:21
tax 18:1,4,7,9,20,22,24
tell 3:2 4:6 7:10 8:18 13:5 18:2
ten 12:19 16:2,7
term 14:6
terms 11:12
testified 3:4 20:14
testify 20:13
testimony 20:15,18
their 20:27
thereto 20:20
things 13:23 15:23 16:22
think 15:11
though 13:10
thousand 12:2

**three** 4:8 16:4,6
**through** 3:7 11:16 18:1
**throughout** 17:3
**time** 3:25 17:1,1
**times** 17:2
**together** 20:19
**tools** 11:8
**top** 4:8
**Topkick** 11:4
**total** 13:14 15:3,4 16:2 18:15
**totals** 13:19
**transcribed** 20:17
**transcript** 20:15,21
**trial** 20:7
**trouble** 15:16
**truck** 11:4
**true** 20:21
**trust** 19:5
**trustworthy** 19:7
**truth** 3:3,3,3 20:13,13 20:14
**try** 16:16
**trying** 16:12
**Turcotte** 2:15,24
**twelve** 12:19
**two** 10:23 16:4
**typewriting** 20:17
**typically** 16:13

U

**UCC** 12:4 14:20
**Uh-huh** 11:13 12:23
**uh-huhs** 4:2
**understand** 4:3 15:6
**united** 1:1 2:1,19
**unless** 4:15
**used** 17:2 20:6
**Usually** 16:19

V

**v** 1:7 2:7
**value** 9:4,15 10:9
**van** 10:21,23
**vehicles** 10:20 15:23
**venezia** 1:16 2:16 20:2 20:29
**verbally** 4:1
**versus** 3:9
**very** 3:23
**voice-written** 20:16

W

**W** 1:16 2:16 20:2,29
**waiting** 4:24 5:8
**waive** 19:8
**waived** 19:10
**waiving** 19:5
**want** 8:21 13:11
**Warson** 17:6
**way** 15:14
**week** 16:9,12,14,15
**well** 5:24 7:1 8:3 12:17
**were** 2:23 3:7
**we're** 3:8 4:24 5:9 6:4 13:3 15:8 16:2
**we've** 9:9 13:13 14:10 15:2
**whole** 3:3 20:13
**wife** 10:17 17:16
**wife's** 8:3
**wise** 15:22
**witness** 19:7,9 20:11,19 20:23
**woodworking** 1:8 2:8 3:10
**work** 6:3,4 16:9
**works** 16:14
**worth** 10:1,24 11:13 12:1,18,24 18:15
**wow** 15:16
**Wrangler** 9:20

Y

**yeah** 5:14,16 6:4,4,14 7:1,4 8:22 11:15,22 13:17 15:2,16,20,24 16:15 17:14 19:9
**year** 9:21 10:6 14:6,7 14:11
**years** 14:10 17:3
**Young** 2:15,24

$

**$1000** 11:13,14,17
**$13,820** 5:24
**$134,998.86** 3:12
**$1600** 5:21
**$170,509** 13:14
**$171,237** 14:23
**$381,000** 14:4
**$4700** 5:10
**$76,000** 13:25
**$966,000** 15:10

0

**04** 18:4,22
**05** 18:7,20
**06** 18:9,24

1

**1** 3:7 4:6,9
**10** 18:21
**11** 3:7 18:23
**12** 12:25
**12,000** 10:1
**13** 12:25
**14** 10:1 11:5
**144,000** 14:15
**150** 12:9,10,11
**1500** 9:5
**155** 12:11
**18** 1:14
**18th** 2:13 20:9

2

**2** 13:5
**20** 12:2
**200** 2:25 20:8
**2000** 8:23 9:7,9
**2002** 9:22
**2007** 3:12
**2008** 1:14 2:13 20:10
**27,000** 9:13
**29** 13:19
**2989** 4:19
**2991** 5:2
**2993** 4:13

3

**3** 7:9
**30** 4:9 9:16 12:2
**303** 3:15 10:14
**31** 4:9
**314)961-6306** 1:25
**35** 9:16

4

**4** 8:17
**4:06CV1673CAS** 1:5 2:5 3:11
**40** 16:12,13,14
**440014** 1:23

5

**5** 3:12 18:2
**5000** 4:14
**583** 1:16 20:3,29

6

**6** 18:6
**60** 4:9
**61** 4:10
**63011** 3:16
**63105** 2:25
**63144** 1:24
**642** 10:15

7

**7** 18:8
**7730** 2:24 20:8

8

**8** 18:10
**813** 3:19
**8820.23** 5:3

9

**9** 18:19
**90** 4:10
**92** 10:21
**966,000** 15:5
**97** 11:4
**98** 8:19,24 10:23