UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., Plaintiffs/Judgment Creditors, v. F.G. LANCIA CUSTOM WOODWORKING, LLC, and FRANK LANCIA, an individual, Defendants/Judgment Debtors. | Case No. 4:06CV1673-CAS<br>Return Date: July 10, 2009 |

AUG 2009
RECEIVED
LEGAL DEPT

**INTERROGATORIES DIRECTED TO GARNISHEE**

TO: McCarthy Building Companies, Inc.
Serve: Agent Authorized to Accept Service
1341 N. Rock Hill Road
St. Louis, Missouri 63124-1498

Note: This garnishment is directed to any and all property belonging to and assets of Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual, whose last known address is 813 N. Skinker, St. Louis, Missouri 63130, including but not limited to any and all depository accounts held in the name of or for the benefit of Defendants and Judgment Debtors, any income or debts due to said Defendants and Judgment Debtors individually or jointly with any other person or entity, which is in your custody and control, and which is subject to garnishment.

INSTRUCTIONS: You are to answer the interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the ORIGINAL TO:

**Clerk, United States District Court**
**111 South Tenth Street, Suite 3.300**
**St. Louis, Missouri 63102**

and a COPY to the attorney for the Judgment Creditors

listed below:

**Michael A. Evans**
**HAMMOND AND SHINNERS, P.C.**
**7730 Carondelet, Suite 200**
**St. Louis, Missouri 63105**

Come now plaintiffs pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to the Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual?

**ANSWER:** NO

A. If your answer to Interrogatory No. 1 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

**ANSWER:** N/A

2. At said time, were you, or have you since become, or are you now, in any way indebted to the Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual?

?

ANSWER: NO

A. If your answer to Interrogatory No. 2 is in the affirmative, state in what amount and describe in detail any instrument or writing evidencing you are so indebted.

ANSWER: N/A

3. At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual?

**ANSWER:** NO

A. If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

**ANSWER:** N/A

4. State whether Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual, have performed any work for you in the last six months, and, if so, state the date(s) when the work was performed, the amount(s) owed or paid to Defendants and Judgment Debtors F. G. Lancia Custom Woodworking, LLC and Frank Lancia, an individual, and the date(s) such amounts are to be or were paid.

**ANSWER:** NONE

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax: (314) 727-6804

/s/ Michael A. Evans
GREG A. CAMPBELL, #2774
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs/Judgment Creditors

ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF Missouri )
) SS.
CITY/COUNTY OF St Louis )

James A. Fletcher, being duly sworn on his/her oath, the undersigned certifies he/she answered the foregoing interrogatories to the best of his/her knowledge, information, and belief.

James A. Fletcher
Print Name

[signature]
Signature

Operations Controller
Position

8/27/09
Date

Subscribed and sworn to before me this 27th day of August, 2009.

Michelle Ballard
NOTARY PUBLIC

My Commission Expires:

Jan 5, 2011

MICHELLE BALLARD - NOTARY PUBLIC
STATE OF MISSOURI - COUNTY OF ST CHARLES
COMMISSION #07392172 EXPIRES JAN 5, 2011