File Number: 00883978
Date Filed: 03/27/2008
Robin Carnahan
Secretary of State

# State of Missouri

**Robin Carnahan, Secretary of State**

**Corporations Division**
**P.O. Box 778 / 600 W. Main Street, Rm 322**
**Jefferson City, MO 65102**

## Articles of Incorporation

### Article One

The name of the corporation is F.G.L. Woodworking and Audio-Video, Inc.

### Article Two

The registered agent's name: Lisa Petrovic Hetley

The address, including street and number for the registered agent's office in the state of Missouri:
*(P.O. Box may only be used in addition to a physical street address)*

106 Clear Meadows Drive, Ballwin, Missouri 63011

*Street address* *City* *State/Zip*

### Article Three

*(Must complete 1 or 2)*

1. If the aggregate number of shares in which the corporation shall have authority to issue DOES NOT exceed 30,000 shares or the par valued DOES NOT exceed $30,000 please check this box: ☑

**OR**

2. If the aggregate number of shares in which the corporation shall have authority to issue exceeds 30,000 shares or the par value exceeds $30,000 dollars please indicate the number of shares of each class and the par value of each share. Also, indicate a statement of the preferences, qualifications, limitations, restrictions and the special or relative rights including convertible right, is any, in respect of the shares of each class:

### Article Four

The name and physical business or residence address of each incorporator:

| Name | Address | City/State/Zip |
|---|---|---|
| Frank G. Lancia, | 303 High Meadows | Ballwin, MO 63011 |

Name and address to return filed document:

Name: Gregory D. O'Shea, Attorney at Law
Address: 779 Lemay Ferry Road
City, State, and Zip Code: St. Louis, Missouri 63125

State of Missouri
Creation - General Business - Domestic 2 Page(s)

T0808719034

**Article Five**

The number of years the corporation is to continue or perpetual: (Please complete one)

☑ Perpetual *(check box)* OR State number of years _______

**Article Six**

The corporation is formed for the following lawful purpose(s):

a. To act as a general contractor in the fabrication, sale and installation of woodwork products and products related thereto, includng audio and video equipment.
b. To perform any and all legal acts authorized to general and business corporations.

**Article Seven**

☑ The number of directors to constitute the board of directors: one (optional)

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

[signature] Frank G. Lancia
*Signature* *Printed Name*

*Signature* *Printed Name*

*Signature* *Printed Name*

*Signature* *Printed Name*

# State of Missouri

Robin Carnahan
Secretary of State

CERTIFICATE OF INCORPORATION

WHEREAS, Articles of Incorporation of

*F.G.L. Woodworking and Audio-Video, Inc.*
*00883978*

have been received and filed in the Office of the Secretary of State, which Articles, in all respects, comply with the requirements of General and Business Corporation Law.

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do hereby certify and declare this entity a body corporate, duly organized this date and that it is entitled to all rights and privileges granted corporations organized under the General and Business Corporation Law.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 27th day of March, 2008.

Robin Carnahan

Secretary of State