UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., ) ) ) Plaintiff, ) ) v. ) ) F.G. LANCIA CUSTOM WOODWORKING, L.L.C., ) and FRANK LANCIA, an individual, ) ) Defendants. ) | Case No. 4:06CV1673-CAS |

**SPECIAL AND LIMITED ENTRY OF APPEARANCE**
**AND REQUEST FOR ADDITIONAL TIME**

COMES NOW David W. Forth and enters his special and limited appearance on behalf of Frank Lancia ("Lancia") and F.G.L. Woodworking and Audio-Video, Inc. ("FGL"), reserving any and all defenses, including but not limited lack of personal jurisdiction. Lancia and FGL hereby request an additional ten (10) days, up to an including September 18, 2009 in which to file a response to Plaintiff's Motion for a Creditor's Bill in Equity and to Pierce the Corporate Veil and Memorandum in Support thereof.

Dated: September 8, 2009

JAMES HUTCHISON
FORTH & SNYDER, P.C.

By:/s/ *David W. Forth*
David W. Forth, 77927
111 Westport Plaza, Suite 505
St. Louis, Missouri  63146
Telephone: (314 434-5222
Facsimile: (314) 434-5333
E-mail: dforth@jameslawpc.com
Attorneys for Lancia and FGL

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 8, 2009, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Greg A. Campbell  
Michael A. Evans  
7730 Carondelet, Ste. 200  
St. Louis, MO 63105

Greg O'Shea  
779 Lemay Ferry Road  
St. Louis, Missouri  63125

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

                    */s/ David W. Forth*