UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTER'S DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et.al., )<br><br>Plaintiff, )<br><br>v. )<br><br>FG LANCIA CUSTOM WOODWORKING, LLC, ) and FRANK LANCIA, an individual, )<br><br>Defendant. ) | Case No.: 4:06CV1673-CAS |

**MOTION TO WITDRAW**

Comes now, Gregory D. O'Shea, Attorney for FG Lancia Custom Woodworking, LLC and Frank Lancia and seeks Leave to Withdraw from this proceeding for the following reason, to wit:

a. Attorney is in a possible conflict of interest.

WHEREFORE, Attorney prays to withdraw and for such other Order this Court may deem proper under the circumstances.

/s/ Gregory D. O'Shea

Gregory D. O'Shea, #11282
Attorney at Law
779 Lemay Ferry Road
St. Louis, Missouri 63125
(314) 631-1824
(314) 631-2912 Fax
E-mail: lemaylaw@aol.com

1

## *Certificate of Service*

      I hereby certify that on September 10, 2009, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using CM/ECF which sent notification of such filing to the following:

| | |
|---|---|
| Greg A. Campbell | David W. Forth |
| Michael A. Evans | Attorney at Law |
| Attorneys at Law | 111 Westport Plaza, Suite 505 |
| 7730 Carondelet, Suite 200 | St. Louis, Missouri 63146 |
| St. Louis, Missouri 63105 | |

                                                /s/ Gregory D. O'Shea